UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

———————————————————————— x

MATATIAOU ERGAS, on behalf of himself      :   Case No.:  1:20-cv-04205-MKB-SJB
and all others similarly situated,         :
                                           :
                                           :
                         Plaintiffs,       :   **STIPULATION OF DISMISSAL AND**
                                           :   **[PROPOSED] ORDER**
         vs.                               :
                                           :
                                           :
                                           :
MIDLAND CREDIT MANAGEMENT, INC.,           :
                                           :
                                           :
                         Defendant.        :
                                           :
                                           :
———————————————————————— x


    **IT IS HEREBY STIPULATED AND AGREED** by and between the parties and their

respective counsel, that the action against Defendant Midland Credit Management, Inc. shall be,

and is hereby, dismissed with prejudice and without costs, or disbursements, or attorneys' fees to

any party, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.



DATED:  October 26, 2020               **COHEN & MIZRAHI LLP**



                                       _____
                                            /s/ *Joseph H. Mizrahi*
                                          JOSEPH H. MIZRAHI

                                       JOSEPH H. MIZRAHI
                                       JONATHAN B. WEISS
                                       300 Cadman Plaza West, 12th Floor
                                       Brooklyn, NY  11201
                                       Telephone:  929/575-4175
                                       929/575-4195 (fax)
                                       joseph@cml.legal
                                       jonathan@cml.legal

                                       *Attorneys for Plaintiff Matatiaou Ergas*


1

DATED:  October 26, 2020                                   **HINSHAW & CULBERTSON LLP**

/s/ *Matthew B. Corwin, with consent*
MATTHEW B. CORWIN

MATTHEW B. CORWIN
ELLEN B. SILVERMAN
800 Third Avenue, 13th Floor
New York, NY 10022
Telephone: 212/471-6200
212/935-1166 (fax)
mcorwin@hinshawlaw.com
esilverman@hinshawlaw.com

*Attorneys for Defendant Midland Credit
Management, Inc.*

SO ORDERED:
s/ MKB 10/26/2020

_____
MARGO K. BRODIE
United States District Judge

2
